

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00207-CR

DAMIAN GALVAN HERNANDEZ          APPELLANT
A/K/A DAMION GLAVAN
HERNANDEZ A/K/A DAMIAN
HERNANDEZ GALVAN

V.

THE STATE OF TEXAS          STATE

----------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CR13-0075

----------

## MEMORANDUM OPINION[1]

----------

Appellant Damian Galvan Hernandez a/k/a Damion Glavan Hernandez a/k/a Damian Hernandez Galvan filed his notice of appeal on May 22, 2014, attempting to appeal from the trial court's March 26, 2014 judgment of conviction; he did not timely file a motion for new trial. On May 27, 2014, we notified

---

[1]See Tex. R. App. P. 47.4.

appellant of our concern that we lacked jurisdiction over the appeal because the notice of appeal was not timely filed. *See* Tex. R. App. P. 25.2(b), 26.2(a). We informed appellant that unless he or any party desiring to continue the appeal filed with the court, on or before June 6, 2014, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2, 44.3.

Appellant filed a response and a late motion for new trial in this court on June 9, 2014; his response does not show grounds for continuing the appeal, and the late motion for new trial does not extend the time for filing his notice of appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the appeal's merits and may take no action other than to dismiss the appeal). Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 3, 2014

2